# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO ALBERTO DIAZ-ESPANA,<br><br>    Defendant. | Case No. 2:09-cr-00127-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#30) of the Magistrate Judge;

THE COURT **ORDERS** that defendant Francisco Alberto Diaz-Espana's Motion to Dismiss Based Upon a Claim of Derivative Citizenship (#25) is DENIED.

DATED this __18__ day of March, 2010.

_____
Lloyd D. George
United States District Judge